The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER DICKINSON,<br><br>Plaintiff,<br><br>v.<br><br>WARREN BROWN, in his official capacity as President of North Seattle College; and DARRYL JOHNSON, individually and in his official capacity as Director of Safety and Security for North Seattle College,<br><br>Defendants | NO. 17-868RSL<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>**(Clerk's Action Required)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Christopher Dickinson, acting by and through his attorneys, Nathan W. Kellum and George M. Ahrend, and the Defendants, Warren Brown and Darryl Johnson, acting by and through Robert W. Ferguson, Attorney General, and Derek Edwards and Paul J. Triesch, Assistant Attorneys General, that the above-entitled action may be dismissed with prejudice pursuant to settlement agreement entered between the parties, and that the Order below dismissing these claims may be entered.

1

DATED this 1st day of February, 2019.

2

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | CENTER FOR RELIGIOUS EXPRESSION |
| *s/Derek Edwards*<br>DEREK EDWARDS, WSBA #18889<br>PAUL J. TRIESCH, WSBA #17445<br>Attorneys for Defendants | *s/Nathan W. Kellum*<br>NATHAN W. KELLUM, TN #13482<br>GEORGE M. AHREND, WSBA #25160<br>Attorneys for Plaintiff |

STIPULATION AND ORDER OF　　2　　Center for Religious Expression
DISMISSAL　　　　　　　　　　　　　　 699 Oakleaf Office Lane, Suite 107
　　　　　　　　　　　　　　　　　　　　 Memphis, TN 38117
　　　　　　　　　　　　　　　　　　　　 (901) 684-5485

# ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED That this matter shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DONE IN OPEN COURT this 6th day of February, 2019.

_____
Honorable Robert S. Lasnik

ROBERT W. FERGUSON  
Attorney General

CENTER FOR RELIGIOUS EXPRESSION

*s/Derek Edwards*  
DEREK EDWARDS, WSBA #18889  
PAUL J. TRIESCH, WSBA #17445  
Assistant Attorneys General  
Attorneys for Defendants  
800 Fifth Ave., Ste 2000; Seattle, WA 98104  
Tel: 206-389-2054;  
Email: DerekE@atg.wa.gov; PaulT@atg.wa.gov

s/Nathan W. Kellum  
NATHAN W. KELLUM, TN #13482  
GEORGE M. AHREND, WSBA #25160  
Attorneys for Plaintiff  
699 Oakleaf Office Lane, Suite 107  
Memphis, TN 38117  
Tel: (901) 684-5485  
Email: nkellum@crelaw.org;  
gahrend@ahrendlaw.com